**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JOSEPH GUGLIELMO, *on behalf of himself and all others similarly situated*,

                Plaintiff,

      -against-

MIDWAY USA

                Defendant.

---

No. 20-CV-00192 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to disregard ECF 13. The Clerk of Court is respectfully directed to strike ECF 13 from the docket.

**SO ORDERED.**

Dated: December 5, 2022
New York, New York

                      *s/ Ona T. Wang*
                      **Ona T. Wang**
                      United States Magistrate Judge